No. 6824.  KING *v.* NORTH CAROLINA.  C. A. 4th Cir. Certiorari denied.

No. 6826.  TIPPETT *v.* HAYNES, WARDEN.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 6830.  WILLOUGHBY *v.* LASH, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 6833.  NEGRON *v.* WALLACE ET AL.  C. A. 2d Cir. Certiorari denied.

No. 6834.  BOAG *v.* CRAVEN, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 6839.  SCHLETTE *v.* CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 6841.  MURRAY *v.* NEW JERSEY.  Sup. Ct. N. J. Certiorari denied.

No. 6846.  JONES *v.* DIRECTOR, PATUXENT INSTITUTION.  Ct. Sp. App. Md.  Certiorari denied.

No. 6850.  GOODALE *v.* FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 6851.  WILLIAMS *v.* NEIL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 6854.  PELICIE *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 1199.  COOK COUNTY COLLEGE TEACHERS UNION, LOCAL 1600, ET AL. *v.* BOARD OF JUNIOR COLLEGE DISTRICT No. 508, COUNTY OF COOK, ET AL.  App. Ct. Ill., 1st Dist.  Motion for leave to supplement petition granted. Certiorari denied.